# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO S. DOMENECH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. 1:18-cv-01601-SAB-HC<br><br>ORDER DIRECTING PETITIONER TO FILE PETITION<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PETITIONER BLANK § 2241 HABEAS FORM<br><br>ORDER RESCINDING AUTHORIZATION OF IN FORMA PAUPERIS STATUS<br><br>(ECF No. 3) |

On November 15, 2018, the Court received a letter from Petitioner that requested the Court order the Warden of USP Atwater to allow Petitioner to take $5.00 out of his inmate account to pay the filing fee for a § 2241 habeas petition Petitioner has "been trying to send." (ECF No. 1). The petition was not submitted with the letter. On November 21, 2018, an order authorizing in forma pauperis status was issued. (ECF No. 3). However, Petitioner has not submitted an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is GRANTED **THIRTY (30) days** from the date of service of this order in which to file a completed § 2241 habeas petition;
2. The Clerk of Court is DIRECTED to send Petitioner blank § 2241 habeas forms;

1

3. The order authorizing in forma pauperis status (ECF No. 3) is RESCINDED; and
4. If Petitioner fails to file a § 2241 habeas petition within thirty days, the instant habeas action will be dismissed without prejudice to Petitioner refiling his claims in a new action.

IT IS SO ORDERED.

Dated: **November 27, 2018**

UNITED STATES MAGISTRATE JUDGE