# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEJANDRO S. DOMENECH, | Case No. 1:18-cv-01601-LJO-SAB-HC |
|---|---|
| Petitioner, | ORDER REGARDING CASE STATUS AND DENYING MOTION FOR EXTENSION OF TIME |
| v. | |
| WARDEN, | ORDER DIRECTING THE CLERK OF COURT TO SEND PETITIONER AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| Respondent. | |
| | (ECF No. 12) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 15, 2019, the Court received the instant motion for extension of time and motion for status. (ECF No. 12). Therein, Petitioner informs the Court that he has been transferred, moves for a sixty-day extension to file his § 2241 petition, and requests a status update regarding these proceedings. Petitioner also "requests the Court to once again provide me with an order granting forma pauperis status once I file my § 2241 motion." (ECF No. 12 at 1).

On November 15, 2018, the Court had received a letter from Petitioner that requested the Court order the Warden of USP Atwater to allow Petitioner to take $5.00 out of his inmate account to pay the filing fee for a § 2241 habeas petition Petitioner has "been trying to send." (ECF No. 1). A petition was not submitted with the letter. Therefore, on November 27, 2018, the

Court granted Petitioner thirty days in which to file a petition. (ECF No. 4). Later that same day, however, the Court received Petitioner's § 2241 petition. (ECF No. 5). On December 28, 2018, the undersigned issued findings and recommendation recommending dismissal of the petition. (ECF No. 10).

As the Court has already received Petitioner's § 2241 petition, there is no need for Petitioner to file another petition. On January 16, 2019, the findings and recommendation was mailed to Petitioner's new address. To the extent Petitioner wishes to proceed *in forma pauperis* in this proceeding, Petitioner must file an application to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for extension of time (ECF No. 12) is DENIED as MOOT;
2. Petitioner may file objections to the findings and recommendation on or before February 19, 2019; and
3. The Clerk of Court is DIRECTED to send Petitioner an application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **January 17, 2019**

UNITED STATES MAGISTRATE JUDGE