# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO S. DOMENECH,<br><br>     Petitioner,<br><br>     v.<br><br>WARDEN AT U.S. PENITENTIARY ATWATER,<br><br>     Respondent. | Case No. 1:18-cv-01601-LJO-SAB-HC<br><br>ORDER RE: MOTION FOR A DEFINITE STATEMENT OF THE COURT<br><br>(ECF No. 25)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE ORDER ADOPTING FINDINGS AND RECOMMENDATION (ECF No. 23) AND JUDGMENT (ECF No. 24) ON PETITIONER |

Petitioner is a federal prisoner who proceeded pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On July 11, 2019, Petitioner filed the instant motion inquiring about the status of this matter because "since filing his objections and a Motion for Reconsideration, he has not received any further communications from either the Court or Respondent." (ECF No. 25).

On April 30, 2019, the District Judge adopted the findings and recommendation and dismissed Petitioner's petition for writ of habeas corpus. (ECF No. 23). The order and judgment were served on Petitioner at his current address.

///

///

///

///

1

In light of Petitioner's representation to the Court that he has not received any communications from the Court after filing his objections, the Court HEREBY DIRECTS the Clerk of Court to re-serve the order adopting the findings and recommendation (ECF No. 23) and the judgment (ECF No. 24) on Petitioner.

IT IS SO ORDERED.

Dated:   **July 15, 2019**

UNITED STATES MAGISTRATE JUDGE